FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 0 4 2012

JAMES ___, Clerk
By: _____ Dpty.Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAURICE JONES, ON HIS
OWN BEHALF AND ON
BEHALF OF OTHERS
SIMILARLY SITUATED,

    Plaintiffs,

CASE NO.: 1:11-CV-00542-RWS

vs.

ADVANCED CABLE
CONTRACTORS, INC.,

    Defendant.

## ORDER OF DISMISSAL

Upon consideration of the parties' Joint Motion for Approval of Settlement, it is hereby ADJUDGED and ORDERED:

1. The settlement is deemed fair and reasonable to all parties, and it is hereby approved by the Court.

2. Plaintiff's claims, as well as those brought by the opt-ins to this case, are hereby dismissed with prejudice, and the parties shall bear their own costs.

3. The Court hereby retains jurisdiction over this action and the settlement thereof.

4. The Clerk is hereby directed to close this case.

SO ORDERED, this _4th_ day of April, 2012.

_____
RICHARD W. STORY
United States District Judge